Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-08-00708-CV

Stephen Lee **GRAY**,
Appellant/Cross-Appellee

v.

Martha Ellen **GRAY**,
Appellee/Cross-Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-18391
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:   July 15, 2009

DISMISSED

On June 9, 2009, notice was given to Martha Gray that her cross-appeal was subject to dismissal pursuant to Texas Rule of Appellate Procedure 38.8(a)(1). Martha was given fifteen days to explain why the cause should not be dismissed for failure to file a brief. To date, no response has been filed. There being no satisfactory explanation for the failure to timely file the brief, the cross-appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8; 42.3.

PER CURIAM